***United States District Court***
***for the District of Maryland***
***Northern Division***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | MJG-03-04 |
| v. | ) | |
| Warren BLOUNT | ) | |
| _____ | ) | |

<u>MOTION TO WITHDRAW</u>
<u>AND</u>
<u>MOTION TO APPOINT REPLACEMENT COUNSEL</u>

G Arthur Robbins, counsel to Defendant, Warren BLOUNT, respectfully requests to withdraw as counsel and further requests that Robert. H. Waldman be appointed as replacement counsel.  Mr. Robbins has been hired to serve as an Assistant State's Attorney in Anne Arundel County, Maryland and is ineligible to continue service in this case.   Mr. Waldman enters his appearance by his signature below.

Respectfully submitted,


By:_____/s/_____
        G Arthur Robbins
        Federal Bar No. 09770
        CHESAPEAKE
        MERIDIAN
        700 Melvin Avenue, Suite 5
        Annapolis, Maryland 21401
        (410) 216 9563
        *Attorney for the Defendant*


By:_____/s/_____
        Robert H. Waldman

1

Federal Bar No. 26188

113 RIDGELY AVENUE

Annapolis, Maryland 21401

(410) 268 5050

*Attorney for the Defendant*

### *Certificate of Service*

Pursuant to FRCrP 49, I hereby certify that service of the foregoing Motion to  Withdraw was made by electronic filing on _11__ September 2008, to:

Steven H. Levin, Esquire  Assistant
United States Attorney  Office of the
United States Attorney  District of
Maryland  36 South Charles Street
Baltimore, Maryland 2120

Gary A. Ticknor, Esquire
201 Patapsco Manor  5965
Main Street  Elkridge,
Maryland 21075

_____

Robert H. Waldman