FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 SEP 11 A 11: 45
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

**United States District Court
for the District of Maryland
Northern Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | MJG-03-04 |
| v. | ) | |
| Warren BLOUNT | ) | |
| | ) | |

### MOTION TO WITHDRAW
### AND
### MOTION TO APPOINT REPLACEMENT COUNSEL

G Arthur Robbins, counsel to Defendant, Warren BLOUNT, respectfully requests to withdraw as counsel and further requests that Robert. H. Waldman be appointed as replacement counsel. Mr. Robbins has been hired to serve as an Assistant State's Attorney in Anne Arundel County, Maryland and is ineligible to continue service in this case. Mr. Waldman enters his appearance by his signature below.

Respectfully submitted,

By:_____/s/_____
G Arthur Robbins
Federal Bar No. 09770
CHESAPEAKE
MERIDIAN
700 Melvin Avenue, Suite 5
Annapolis, Maryland 21401
(410) 216 9563
*Attorney for the Defendant*

By:_____/s/_____
Robert H. Waldman

1

*Federal Bar No. 26188*
113 RIDGELY AVENUE
Annapolis, Maryland 21401
(410) 268 5050
*Attorney for the Defendant*

*Certificate of Service*

Pursuant to FRCrP 49, I hereby certify that service of the foregoing Motion to Withdraw was made by electronic filing on _11_ September 2008, to:

Steven H. Levin, Esquire  Assistant United States Attorney  Office of the United States Attorney  District of Maryland  36 South Charles Street  Baltimore, Maryland 2120

Gary A. Ticknor, Esquire
201 Patapsco Manor  5965 Main Street  Elkridge, Maryland 21075

_____
Robert H. Waldman

SO ORDERED, on <u>Wednesday, September 10, 2008</u>.

<u>            /s/            </u>
Marvin J. Garbis
United States District Judge

2